ACCEPTED
04-14-00342-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/6/2015 12:00:00 AM
KEITH HOTTLE
CLERK

## No. 04–14–00342–CV

RICHARD A. RODRIGUEZ

vs.

JPMORGAN CHASE BANK, N.A.

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/5/2015 9:37:26 PM
KEITH HOTTLE
Clerk

### Errata Regarding Motion for Rehearing En Banc by Appellant

Comes now appellant Richard A. Rodriguez, and submits this list of errata regarding his motion for rehearing en banc that was placed into the electronic filing system on July 2, 2015.

### I.

A Motion for Rehearing En Banc by Appellant Richard A. Rodriguez was placed in the electronic filing system on July 2, 2015.

### II.

Following are errata regarding the motion.

1. On page three, in the second line of the Points for Rehearing number six, "20131" should be "2013".

2. On page four, in the ninth line, the pdf page numbers of the reply brief referred to should be "pdf pp. 8-13" instead of "pdf pp. 10-15".

3. On page six, in the second line of the quote at the top of the page, "point of error to is argument", should be "point of error to its argument".

4. On page six, in the fourth line from the bottom of the page, "acceleratoins" should be "accelerations".

5. On page seven, in the fourth line from the bottom of the page, "Appellant in his fifth issue presented asserted that exhibit", should be "Appellant, in his fifth issue presented, asserted that exhibit".

1

6. On page nine, in the last line of the second paragraph, "brief" should be "amended brief".

7. On page 11, in the signature block, the temporary fax number should be 361-552-4305.

8. On page 11, the signature block should include the e-mail address of counsel, willaw@prismnet.com

Respectfully Submitted,

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.
P.O. Box 460167
San Antonio, Texas 78246
Tel 844-244-9973
Temporary Fax 361-552-4305
Bar No. 21655960
willaw@prismnet.com
Attorney for Richard A. Rodriguez

## Certificate of Service

I certify that this document was served by–

electronic service and e-mail, to Marcie Schout, Quilling, Selander, Lownds, Wislett & Moser, 2001 Bryan Street, Suite 1800, Dallas, Texas 75201 (attorney for JPMorgan Chase Bank),

on the 5th day of July, and effective on the 6th day of July, 2015.

/s/ R. Robert Willmann, Jr.

R. Robert Willmann, Jr.